

Entered on Docket
August 02, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge
_____

George Haines, Esq.  E-FILED: July 30, 2011
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, NV 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Robert D. Reale and Martha E. Reale

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. BKS-09-28093-BTB<br>Chapter 13 |
| **Robert D. Reale and Martha E. Reale**, | Hearing Date: July 14, 2011<br>Hearing Time: 3:00 P.M. |
| Debtor(s). | |

**ORDER ON DEBTORS' MOTION TO PERMIT MODIFICATION OF TRIAL HOME LOAN**

THE ABOVE MATTER having been heard at the time and date above:

**IT IS ORDERED THAT** the Debtors' motion to approve a trial modification with LENDER BUSINESS PROCESS SERVICES for a property owned by the Debtors located at 6415 TIGERS LAIR COURT, LAS VEGAS, NEVADA 89130 is hereby **APPROVED**.

DATED July 30, 2011

    HAINES & KRIEGER, L.L.C.

  By:  /s/George Haines, Esq.
    George HainesFor, Esq.
    Attorney for Debtor(s)


### **ALTERNATIVE METHOD re: RULE 9021**:

  In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_ The court has waived the requirement set forth in 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

  APPROVED:

  DISAPPROVED:

  FAILED TO RESPOND:

\_X\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/George Haines, Esq.
    George Haines, Esq.
    Attorney for the Debtor(s)

###